IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Dominick Alexander Brown,<br><br>        Plaintiffs,<br>  v.<br><br>Sheriff Al Cannon Detention Center, Charleston County Sheriff's Office, Sgt. Y. Gladden, Major A. Grant, Chief Patrick Morris, Sheriff Kristin Griaziano<br><br>        Defendant. | Case 4:24-cv-3238-RMG<br><br>**ORDER AND OPINION** |

    Before the Court is the Magistrate Judge's Report and Recommendation ("R & R") (Dkt. No. 5) recommending that Plaintiff's motion to proceed *in forma pauperis* (Dkt. No. 2) be denied and that he be given 14 days to pay the filing fee and have the action referred back to the Magistrate Judge, otherwise the action will be dismissed. Plaintiff has not responded to the R & R. For the reasons set forth below, the Court adopts the R & R as the order of the Court.

    Plaintiff, an incarcerated person proceeding *pro se*, has filed multiple cases, three of which have been deemed a strike under the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). He therefore cannot proceed *in forma pauperis* unless he satisfies the exception for "imminent danger of serious physical injury" provided by the three-strikes rule. *Id.* Plaintiff's instant complaint does not contain the requisite "specific fact allegations of ongoing serious injury, or of a pattern of misconduct evidencing the likelihood of imminent physical injury" and instead alleges past misconduct unrelated to any imminent danger of serious physical injury. *Johnson v. Warner*, 200 Fed. App'x 270, 272 (4th Cir. 2006) (internal quotation marks omitted). The Court, therefore, denies the instant motion to proceed *in forma pauperis* and adopts the Magistrate Judge's recommendations.

1

For the forgoing reasons, the Court **ADOPTS** the R & R (Dkt. No. 5) as the order of the Court. Plaintiff's motion to proceed *in forma pauperis* (Dkt. No. 2) is **DENIED**. Plaintiff is **DIRECTED** that he may pay the filing fee within 14 days of the date of this order, in which case this matter shall be referred back to the Magistrate Judge for further review. If Plaintiff chooses not to pay the filing fee by that time, this matter shall be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

**AND IT IS SO ORDERED.**

                                                                        _s/ Richard Mark Gergel_
                                                                        Richard Mark Gergel
                                                                        United States District Judge

July 15, 2024
Charleston, South Carolina